OLIVER R. ARKENBURGH, Respondent, *v.* ROBERT H. ARKENBURGH, Appellant.

*Arkenburgh* v. *Arkenburgh,* 114 App. Div. 436, 913, affirmed.
(Submitted February 21, 1907; decided March 12, 1907.)

APPEAL, by permission, from an order of the Appellate Division of the Supreme Court in the first judicial department, entered July 12, 1906, which affirmed an order of Special Term denying a motion to vacate an order directing a sale of attached property.

The following question was certified:

"Whether, upon the said record, the Supreme Court had power under section 708 of the Code of Civil Procedure or otherwise to direct the sheriff to sell, under an execution in this action issued, the personal property attached under the warrant of attachment issued therein, including the judgment recovered in the action in aid of the attachment or the claim embraced therein."

*Charles Edward Souther* for appellant.

*Robert Forsyth Little* for respondent.

Order affirmed, with costs; question certified answered in the affirmative; no opinion.
Concur: CULLEN, Ch. J., GRAY, EDWARD T. BARTLETT, HAIGHT, VANN, WERNER and CHASE, JJ.